IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PATRICIA CARROLL,

    Plaintiff,

v.  CASE NO. 5:12-cv-227-RS-EMT

BAY MEDICAL CENTER and
BAY MEDICAL CENTER PENSION
PLAN,

    Defendants.
_____/

## ORDER

The relief requested in Defendants' Motion to Dismiss Plaintiff's Complaint with Prejudice (Doc. 7) is **GRANTED**.  Pursuant to N.D. Fla. Loc. R. 7.1(C)(1), "[f]ailure to file a responsive memorandum may be sufficient cause to grant the motion."  Plaintiff failed to file a response to Defendants' motion by the response deadline of August 15, 2012.  Therefore, Plaintiff's Complaint is **DISMISSED.**

**ORDERED** on August 20, 2012.

                        /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**